463 A.2d 48

Commonwealth v. Downey, Appellant.

Submitted April 27, 1983. Robert Scott Redler, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.